IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: CR203-30

BRANDON ROBINSON

## ORDER

The United States Probation Office has filed a Report alleging that Defendant violated the conditions of his supervised release. Defendant was subsequently arrested, and counsel was appointed to represent him. Defendant Robinson, after consultation with counsel, filed a "Waiver of Right to Preliminary Revocation Hearing."

Accordingly, it is hereby **ORDERED** that Defendant Brandon Robinson be held for a revocation hearing.

**SO ORDERED**, this 3rd day of December, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)